UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No. 12-cr-00510-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MITCHELL KENNETH KUSICK,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the United States' Motion for Disclosure of Grand Jury Materials filed on May 20, 2013. Having reviewed the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same. Accordingly, it is

ORDERED that the United States' Motion for Disclosure of Grand Jury Materials (ECF No. 54) is **GRANTED** pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i) and (F). In accordance therewith, it is

ORDERED that grand jury materials may be disclosed to the defendant and his attorney only; transcripts shall be maintained in the defense attorney's custody, and grand jury materials shall not be reproduced or disseminated without further order of the Court.

Dated: May 20, 2013.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
Senior United States District Judge